CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARTIN H. ORLICK (SBN: 083908)
mho@jmbm.com
STUART K. TUBIS (SBN: 278278)
skt@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendants
ESA P Portfolio L.L.C. and
ESA P Portfolio Operating Lessee LLC

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/26/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ESA P PORTFOLIO L.L.C., a Delaware Limited Liability Company;<br>ESA P PORTFOLIO OPERATING LESSEE LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 4:17-CV-07145-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                Case: 4:17-CV-07145-YGR

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 14, 2018     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: November 14, 2018     JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Stuart K. Tubis
Martin H. Orlick
Stuart K. Tubis
Attorneys for Defendants ESA P Portfolio L.L.C. and ESA P Portfolio Operating Lessee LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stuart K. Tubis, counsel for ESA P Portfolio L.L.C. and ESA P Portfolio Operating Lessee LLC, and that I have obtained Mr. Tubis' authorization to affix his electronic signature to this document.

Dated: November 14, 2018  CENTER FOR DISABILITY ACCESS

            By:  /s/ Amanda Lockhart Seabock
            Amanda Lockhart Seabock
            Attorneys for Plaintiff